NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAIME EMERSON GARCIA-     )
CARMONA, DOC #X75300,      )
                          )
        Appellant,        )
                          )
v.                        )     Case No. 2D15-4808
                          )
STATE OF FLORIDA,         )
                          )
        Appellee.         )
_____)

Opinion filed October 19, 2018.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Ita M. Neymotin, Regional Counsel,
Fort Myers, and Stacy L. Sherman,
Office of Criminal Conflict and Civil
Regional Counsel, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

        Affirmed.


MORRIS, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.